# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PURE DATA SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION<br><br>Defendant, | Case No. 2:17-cv-01659 RAJ<br><br>STIPULATION AND (PROPOSED) ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 7, 2018 |

## I. STIPULATION

The plaintiff Pure Data Systems, LLC and defendant Valve Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED this 7th day of February, 2018.

| FOX ROTHSCHILD LLP | VAN KAMPEN & CROWE PLLC |
|---|---|
| s/ *Gavin W. Skok* | s/ *Al Van Kampen* |
| Gavin W. Skok, WSBA No. 29766<br>Shata L. Stucky, WSBA No. 39963<br>1001 4th Ave., Suite 4500<br>Seattle, WA 98154<br>Tel: (206) 624-3600<br>Fax: (206) 389-1708<br>*Gskok@foxrothschild.com*<br>*Sstucky@foxrothschild.com*<br>*Attorneys for Defendant*<br>*Valve Corporation* | Al Van Kampen, WSBA No. 13670<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154<br>Tel: (206) 386-7353<br>Fax: (206) 405-2825<br>Email: AVanKampen@VKClaw.com<br><br>Ryan E. Hatch (Pro Hac Vice)<br>LAW OFFICE OF RYAN E. HATCH, PC<br>13323 Washington Blvd., Suite 100 |

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:17-CV-01659 RAJ

1

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

Los Angeles, CA 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328
ryan@ryanehatch.com

*Attorneys for Plaintiff*
*Pure Data Systems, LLC*

## II.  ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Pure Data Systems, LLC and defendant Valve Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Pure Data Systems, LLC and defendant Valve Corporation are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED this ___ day of February, 2018.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:17-CV-01659 RAJ

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353